# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Christopher Boffoli,

            Plaintiff,

   vs.

Wix.com Inc,

            Defendant.

Case No. 2:20-cv-01610-RSL

**STIPULATED MOTION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Plaintiff Christopher Boffoli ("Boffoli"), after consultation with counsel for Defendant Wix.com, Inc. ("Wix"), respectfully moves the Court for an extension of thirty (30) days to the deadline for Wix to answer or otherwise respond to the Complaint. The Complaint was served on November 9, 2020 (Dkt. 6), making the current answer deadline November 30, 2020. The parties are in good faith settlement discussions. To facilitate continued discussions, Boffoli hereby stipulates to a 30-day extension to and including December 30, 2020, for Wix to answer or otherwise respond to the Complaint.

/s/ Keith P. Scully
Keith P. Scully, WSBA No. 28677
**NEWMAN & DU WORS LLP**
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:     650-838-2000
E-mail: keith@newmanlaw.com

*Attorneys for Plaintiff Christopher Boffoli*

1  **ORDER**

2  IT IS SO ORDERED.

3

4  Dated this 25th day of November, 2020.

5

6  *MrS Lasnik*
   ROBERT S. LASNIK
   UNITED STATES DISTRICT JUDGE

7

8

9  Presented by:

10 Keith P. Scully, WSBA No. 28677
   NEWMAN & DU WORS LLP
11 2101 Fourth Avenue, Suite 1500
   Seattle, WA 98121
   Telephone:    650-838-2000
12 E-mail: keith@newmanlaw.com